**Lem Kline, plaintiff in error, v. H. C. Bay Company, defendant in error. Gen. No. 28,756.**

Bill for accounting on contract for sale upon commission of piano players. Bill dismissed. Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Charles H. Darling, for plaintiff in error; Clarence J. Silber, of counsel. David K. Tone, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**John Schwass, appellee, v. Hunding Dairy Company, appellant. Gen. No. 28,768.**

Action for damages to automobile from collision with motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Homer Barney, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with finding of fact. Opinion filed March 11, 1924.

Elmer J. Schnackenberg, for appellant. Hill, Melaniphy & Pedderson, for appellee; Frank C. Hill, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Fred Graff, appellee, v. James C. Davis, agent et al., appellant. Gen. No. 28,791.**

Suit under Federal Employers' Liability Act for injuries to plaintiff, a railroad employee. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

Loesch, Scofield, Loesch & Richards, for appellant. W. W. McCallum, for appellee; John A. Bloomingston, of counsel.

Mr. Justice Barnes delivered the opinion of the court.